UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, by and through his Parents and next friends, Mr. & Mrs. Robert Doe; and MR. ROBERT DOE; MRS. ROBERT DOE,<br>    *Plaintiffs*,<br>    *v.*<br>DARIEN BOARD OF EDUCATION, TOWN OF DARIEN, ZACHARY HASAK, ROBIN PAVIA, MELISSA BELLINO, ANDREA CUNHA, and LAURA CONTE,<br>    *Defendants*. | Civil No. 3:11cv1581 (JBA)<br><br>March 17, 2015 |

**ORDER ADMINISTRATIVELY CLOSING CASE**

As agreed to by counsel this date, inasmuch as the Court is unable to rule on Defendants' Motion [Doc. # 326] for Summary Judgment at this time, this case will be administratively closed until such time as the record is perfected, such that the Court can determine which claims are triable.

IT IS SO ORDERED.

    /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 17th day of March, 2015.