UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, by and through his Parents and next friends, Mr. & Mrs. Robert Doe; and MR. ROBERT DOE; MRS. ROBERT DOE, *Plaintiffs*, v. DARIEN BOARD OF EDUCATION, ZACHARY HASAK, MELISSA BELLINO, and LAURA CONTE, *Defendants*. | Civil No. 3:11cv1581 (JBA) July 2, 2015 |

**ENDORSEMENT ORDER**

Pursuant to the colloquy with counsel held in open court on June 30, 2015 following jury selection, the following is ordered:

1. Defendants' Objections [Doc. # 406] to the Court's sequestration order are OVERRULED.

2. Plaintiffs' Motion [Doc. # 415] to Modify the Court's Ruling regarding Police Evidence is GRANTED in part and DENIED in part.  Neither party will elicit testimony regarding whether or when Mr. and Mrs. Doe called the police.  The jury will receive the following preliminary instruction: "The allegations here were reported to authorities in October 2009.  What those authorities did or did not do is not an issue for your consideration and you will hear no evidence about it because it is not relevant.  What is relevant is what the Darien Board of Education did or did not do based on what the Darien Board of Education officials knew or did not know.  You are not to speculate about the actions of any other agencies."

3.  Plaintiffs' Motion [Doc. # 416] to Clear the Courtroom during the playing of the SART interview is DENIED.  There appear to be unexplored alternatives which would serve to protect Plaintiffs' privacy.

4.  Counsel have agreed to a stipulation about the Board of Education's failed promise to videotape the October 15, 2009 interview of John which is in substance: "John Doe's parents requested that the October 15, 2009 interview of John be videotaped but it was not and the Board of Education staff informed Mr. and Mrs. Doe that the video recorder malfunctioned."  Counsel will prepare a signed stipulation as a joint exhibit which will be read to the jury.

5.  Defendants' Motion [Doc. # 388] in Limine remains under advisement.


IT IS SO ORDERED.

_____/s/_____

Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut this 2nd day of July, 2015.