UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, by and through his Parents and next friends, Mr. & Mrs. Robert Doe; and MR. ROBERT DOE; MRS. ROBERT DOE,<br>    *Plaintiffs*,<br>    *v.*<br>DARIEN BOARD OF EDUCATION, ZACHARY HASAK, MELISSA BELLINO, and LAURA CONTE,<br>    *Defendants*. | Civil No. 3:11cv1581 (JBA)<br><br>December 4, 2015 |

**ORDER**

On September 2, 2015, Plaintiffs filed a motion [Doc. # 473] for attorneys' fees. In support of their motion, they submitted a number of billing records to the Court. However, neither their brief nor their billing records breaks down the hours and fees claimed by attorney, impeding the Court's ability to rule on Plaintiffs' motion. Accordingly, Plaintiffs are directed to file a supplemental brief specifying the number of hours claimed by each attorney or staff member[1] forthwith.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 4th day of December, 2015.

---

[1] In the case of paralegals and legal interns, all paralegals' hours should be grouped together in one category and all legal interns' hours should be grouped together in another category.

1