UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE by and through his Parents and next friends, Mr. and Mrs. Robert Doe; and MR. ROBERT DOE; MRS. ROBERT DOE | : : : : | CASE NO.: 3:11cv01581 (JBA) |
| Plaintiffs, | : | |
| v. | : : | |
| DARIEN BOARD OF EDUCATION, ZACHARY HASAK, MELISSA BELLINO and LAURA CONTE, | : : : : : | |
| Defendants. | : | |

**PLAINTIFFS' RULE 58 AND RULE 59 MOTION TO ENTER JUDGMENT AGAINST DEFENDANT ZACHARY HASAK FOR PLAINTIFFS' RECOVERABLE ATTORNEYS' FEES AND COSTS**

Mayerson & Associates
Attorneys for Plaintiffs
330 West 38th St. 600
New York, N.Y. 10018
(212) 265-7200
www.mayerslaw.com

Plaintiffs respectfully move pursuant to Fed. R. Civ. P. 58 and 59 to enter judgment upon this Court's December 14, 2015 Order awarding fees and costs against defendant Zachary Hasak in the aggregate sum of $671,124.78.

On December 3, 2015, after hearing and adjudicating defendant Hasak's motion to reduce the Judgment by $90,000, a Second Amended Judgment was entered as against defendant Hasak for the remaining (non-economic) damages that the jury had awarded in connection with its core finding that defendant Hasak had sexually abused plaintiff John Doe.

On December 14, 2015, this Court (Arterton, J.) rendered its decision on plaintiffs' motion for an award of attorneys' fees as against defendant Hasak. By reason of this Court's December 14, 2015 Order, defendant Hasak is liable to pay plaintiffs $626,596.00 in attorneys' fees and $44,528.78 in costs in addition to defendant Hasak's liability for non-economic damages under the existing December 3, 2015 Second Amended Judgment.

Fed. R. Civ. P. 59(e) provides that a motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment. The instant motion is thus timely made. Defendant Hasak, an adjudicated sex abuser, may move from the jurisdiction to a different location. In order to have the basic means to enforce this Court's December 14, 2015 Order and fee award as against defendant Hasak, plaintiffs urge that this Court enter judgment either by further *amending* the existing December 3, 2015 Judgment as plaintiffs propose (Exhibit A) or, in the alternative, by rendering and entering a separate judgment.

Dated:    New York, New York
            December 15, 2015

                                        Mayerson & Associates

                                        By: ***s/ Gary S. Mayerson***
                                        Gary S. Mayerson (8413)
                                        Attorneys for Plaintiffs